**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

|  |  |  |
|---|---|---|
| **Christopher Ray Dorman,** | : | **Case No. 13-70693-JAD** |
| Debtors | : | **Chapter 13** |
|  | : |  |
| **Christopher Ray Dorman,** | : |  |
| Movant | : |  |
| S. S. No. xxx-xx- 1553 | : | **Related to Doc. No. 85** |
|  | : |  |
| v. | : |  |
| **Arco Services,** | : | **WO-1** |
| Respondent | : |  |
|  | : |  |

**CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER**
**ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER**

I, Shaina Little, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 27, 2016, I served a copy of the above-captioned pleading and within **Wage Attachment Order** dated October 24, 2016 together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on:  October 27, 2016               /s/ Shaina Little
                                              Shaina Little, Paralegal
                                              McElrath Legal Holdings, LLC
                                              1641 Saw Mill Run Boulevard
                                              Pittsburgh, PA 15210
                                              slittle@mcelrathlaw.com
                                              Tel: 412.765.3606
                                              Fax: 412.765.1917

## MATRIX OF PARTIES SERVED

Service by Electronic Notification:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Christopher Ray Dorman
4536 Kendall Drive
Woodbridge, VA 22193

Arco Services
Attention: Payroll Administrator
39209 West 6 Mile Road
#250
Livonia, Mi 48152