# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | Case No. 13-70693-JAD |
| Christopher R. Dorman, | : | |
|     Debtor | : | Chapter 13 |
| | : | |
| Christopher R. Dorman, | : | |
|     Movant | : | |
| Social Security No. xxx-xx-1553. | : | |
| vs. | : | |
| | : | |
| Ryder Transportation, | : | Docket No. 88 |
| Attention: Payroll Administrator | : | |
|     Respondent | : | |
| and | : | Filed Under Local Bankruptcy |
| | : | Rule 9013.4 Para. 6(c) |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|     Additional Respondent | : | |

## **MOTION FOR ORDER TERMINATING WAGE ATTACHMENT**

The above-named debtor respectfully represents that:

1. Debtor has filed a petition under chapter 13 of title 11 U.S.C. and proposed to pay debts out of future earnings or wages.

2. An order to pay trustee was previously issued in this case against **Ryder Transportation** the entity from whom the debtor received income.

3. The debtor requests that this Court enter an order stopping the payroll deduction in this case because the **debtor is no longer employed with this company.**

WHEREFORE, the debtor respectfully requests that this Court enter an order terminating the payroll deduction in the above referenced case.

Respectfully submitted,

Dated: November 9, 2016

/s/ Paul W. McElrath, Jr.
Paul W. McElrath, Jr.
Attorney for Debtors
PA I.D. # 86220
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA  15210
Tel: 412.765.3606
Fax: 412.765.1917
Email: paulm@mcelrathlaw.com