## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Case No. 13-70693-JAD |
| Christopher R. Dorman, | : | |
|     Debtor | : | Chapter 13 |
| | : | |
| Christopher R. Dorman, | : | Related to Doc. No. 89, 90 |
| Social Security No. xxx-xx-1553 | : | |
|     Movant | : | Hearing Date: December 14, 2016 |
| | : | at 9:30 AM |
| v. | : | |
| | : | |
| Ryder Transportation | : | |
| and Ronda J. Winnecour, Esquire | : | |
|     Respondents | : | |

**CERTIFICATE OF SERVICE OF WAGE ATTACHMENT MOTION AND PROPOSED ORDER ALONG WITH HEARING NOTICE TOGETHER WITH NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER**

    I, Shaina Little, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 18, 2016, I served a copy of the above-captioned pleading and within **Wage Attachment Motion and Proposed Order along with Hearing Notice** together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on:  November 9, 2016    /s/ Shaina Little
Shaina Little, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
slittle@mcelrathlaw.com
Tel: 412.765.3606
Fax: 412.765.1917

# Matrix of Parties Served

Service by Electronic Notification:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Christopher Ray Dorman
4536 Kendall Drive
Woodbridge, VA 22193

Ryder Transportation Services
Attention: Payroll Administrator
12001 Balls Ford Road
Manassas, VA 20110