# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Case No. 13-70693-JAD |
| Christopher R. Dorman, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Christopher R. Dorman, | : | Related to Doc. No. 89, 90 |
| Social Security No. xxx-xx-1553 | : | |
| Movant | : | Hearing Date: December 14, 2016 |
| | : | at 9:30 AM |
| v. | : | |
| | : | |
| Ryder Transportation | : | |
| and Ronda J. Winnecour, Esquire | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT MOTION AND PROPOSED ORDER ALONG WITH HEARING NOTICE TOGETHER WITH NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Shaina Little, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 9, 2016, I served a copy of the above-captioned pleading and within **Wage Attachment Motion and Proposed Order along with Hearing Notice** together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on: November 9, 2016

/s/ Shaina Little
Shaina Little, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
slittle@mcelrathlaw.com
Tel: 412.765.3606
Fax: 412.765.1917

# Matrix of Parties Served

<u>Service by Electronic Notification:</u>

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

<u>Service by First-Class Mail:</u>

Christopher Ray Dorman
4536 Kendall Drive
Woodbridge, VA 22193

Ryder Transportation Services
Attention: Payroll Administrator
12001 Balls Ford Road
Manassas, VA 20110