# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| | : | Case No. 13-70693-JAD |
| Christopher R. Dorman, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Christopher R. Dorman, | : | Related to Doc. No. 89, 90 |
| Social Security No. xxx-xx-1553 | : | |
| Movant | : | Hearing Date and Time: |
| | : | December 14, 2016 at 9:30 AM |
| v. | : | |
| | : | |
| Ryder Transportation | : | |
| and Ronda J. Winnecour, Esquire | : | |
| Respondents | : | |

## CERTIFICATION OF NO OBJECTION REGARDING ORDER SCHEDULING DATE FOR RESPONSE AND HEARING ON MOTION TO TERMINATED WAGE ATTACHMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Order Scheduling Date for Response to Hearing on Motion to Terminate Wage Attachment filed on November 9, 2016, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than November 26, 2016.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: November 30, 2016     By:    /s/ Paul W. McElrath
Paul W. McElrath, Esquire
Attorney for Debtor/Movant
PA I.D. #86220
1641 Saw Mill Run Blvd
Pittsburgh, PA 15210
(412) 765-3606
paulm@mcelrathlaw.com