**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Christopher Ray Dorman** : | Case No. 13−70693−JAD | |
| *Debtor(s)* : | Chapter: 13 | |
| : | | |
| Lakeview Loan Servicing, LLC : | | |
| *Movant,* : | | |
| : | Related to Claim No. 6 | |
| v. : | | |
| Christopher Ray Dorman : | | |
| Ronda J. Winnecour, Esq., Trustee : | | |
| *Respondent.* : | | |

## ORDER

     **AND NOW**, this **30th day of November, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Lakeview Loan Servicing, LLC* at Claim No. 6 in the above−captioned bankruptcy case,

     It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

     (1)    an *AMENDED CHAPTER 13 PLAN;*

     (2)    a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

     (3)    an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

     *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

                           Jeffery A. Deller
                              United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christopher Ray Dorman
    Debtor

Case No. 13-70693-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: aala     Page 1 of 1     Date Rcvd: Nov 30, 2016
                       Form ID: 237     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2016.
db          +Christopher Ray Dorman,    4536 Kendall Drive,    Woodbridge, VA 22193-5260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2016 at the address(es) listed below:
          Andrew F Gornall     on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Celine P. DerKrikorian     on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@mwc-law.com
          David W. Raphael     on behalf of Creditor    First National Bank of Pennsylvania
           draphael@grenenbirsic.com,    mcupec@grenenbirsic.com
          Matthew John McClelland     on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.     on behalf of Debtor Christopher Ray Dorman ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          Thomas I. Puleo     on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@goldbecklaw.com,
           BKGroup@goldbecklaw.com
                                                                                                                   TOTAL: 8