**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | |
| **Christopher R. Dorman,** | : | **Case No. 13-70693-JAD** |
| Debtors | : | **Chapter 13** |
| | : | |
| **Christopher R. Dorman,** | : | |
| Movant | : | |
| S. S. No. xxx-xx- 1553 | : | **Related to Doc. No. 100** |
| | : | |
| v. | : | |
| **Ryder Transportation,** | : | **WO-1** |
| Respondent | : | |
| | : | |

CERTIFICATE OF SERVICE OF ORDER TERMINATING WAGE ATTACHMENT
ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Shaina Little, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 7, 2016, I served a copy of the above-captioned pleading and within Wage Attachment **Order Terminating Payroll Deduction** dated December 5, 2016 together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on December 7, 2016        /s/ Shaina Little
                                    Shaina Little, Paralegal
                                    McElrath Legal Holdings, LLC
                                    1641 Saw Mill Run Boulevard
                                    Pittsburgh, PA 15210
                                    slittle@mcelrathlaw.com
                                    Tel: 412.765.3606
                                    Fax: 412.765.1917

Service by Electronic Notification:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Christopher Ray Dorman
4536 Kendall Drive
Woodbridge, VA 22193

Ryder Transportation
Attention: Payroll Administrator
12001 Balls Ford Road
Manassas, VA 20110