**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Christopher R. Dorman, | : | Bankruptcy No. 13-70693-JAD |
| Debtor | : | |
| | : | Chapter 13 |
| Christopher R. Dorman, | : | |
| Movant | : | |
| Social Security No. xxx-xx-1553. | : | |
| vs. | : | |
| | : | |
| Ryder Transportation, | : | Related to Docket No. 88 |
| Attention: Payroll Administrator | : | |
| Respondent | : | |
| and | : | Filed Under Local Bankruptcy |
| | : | Rule 9013.4 Para. 6(c) |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

## ORDER TERMINATING PAYROLL DEDUCTION

Upon representation of the above-named Debtor, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS, THEREFORE, ORDERED that the wage attachment currently in place with **Ryder Transportation.**

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed upon application to and Order of this Court.

DATED this _____ day of November, 2016.

Jeffery A. Deller
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
  Christopher R. Dorman
  Paul W. McElrath, Jr., Esquire
  Ronda J. Winnecour, Esquire
  Office of United States Trustee

FILED
12/5/16 1:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Christopher Ray Dorman  
    Debtor

Case No. 13-70693-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7    User: aala    Page 1 of 1    Date Rcvd: Dec 05, 2016  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2016.  
db          +Christopher Ray Dorman,   4536 Kendall Drive,   Woodbridge, VA 22193-5260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2016 at the address(es) listed below:

       Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       Celine P. DerKrikorian    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@mwc-law.com  
       David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania draphael@grenenbirsic.com, mcupec@grenenbirsic.com  
       Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Paul W. McElrath, Jr.    on behalf of Debtor Christopher Ray Dorman ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
       Thomas I. Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com

                                                                                          TOTAL: 8