2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 13-70693-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Christopher Ray Dorman
4536 Kendall Drive
Woodbridge VA 22193

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/15/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148 | PERITUS PORTFOLIO SERVICES II, LLC<br>PO BOX 141419<br>Irving, Tx 75014-1419 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/18/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Christopher Ray Dorman  
    Debtor

Case No. 13-70693-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: aala     Page 1 of 1     Date Rcvd: Mar 16, 2017  
                      Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2017.  
13748129        +First National Bank of Pennsylvania,     4140 East State Street,     Hermitage, PA 16148-3401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2017 at the address(es) listed below:

         Andrew F Gornall     on behalf of Creditor     Lakeview Loan Servicing, LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Celine P. DerKrikorian     on behalf of Creditor     Lakeview Loan Servicing, LLC ecfmail@mwc-law.com  
         David W. Raphael     on behalf of Creditor     First National Bank of Pennsylvania draphael@grenenbirsic.com, mcupec@grenenbirsic.com  
         James Warmbrodt     on behalf of Creditor     Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
         Matthew John McClelland     on behalf of Creditor     Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Paul W. McElrath, Jr.     on behalf of Debtor Christopher Ray Dorman ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
         Thomas I. Puleo     on behalf of Creditor     Lakeview Loan Servicing, LLC tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com  
                                                                                                                                     TOTAL: 9