## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | : |
| **Christopher R. Dorman,** : | **Case No.  13-70693-JAD** |
| Debtor : | **Chapter 13** |
| : | |
| **Christopher R. Dorman,** : | |
| Movant : | |
| : | |
| vs. : | |
| : | |
| **BAE Systems** : | **Docket No.  113** |
| **65 Spit Brook Road** : | |
| **Nashua, NH 03061** : | |
| **Attention:  Payroll Administrator,** : | |
| Respondent : | |
| : | |
| and : | **Filed Under Local Bankruptcy** |
| : | **Rule 9013.4 Para. 6(c)** |
| **Ronda J. Winnecour, Esquire,** : | |
| **Chapter 13 Trustee,** : | |
| Additional Respondent : | |
| : | |
| **Social Security No. xxx-xx-1553.** : | |

CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER
ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and have served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on May 26, 2017                    /s/ Sharla Munroe
                                            Sharla Munroe, Paralegal
                                            McElrath Legal Holdings, LLC
                                            432 Boulevard of the Allies
                                            1641 Saw Mill Run Blvd.
                                            Pittsburgh, PA 15210
                                            Tel: 412.765.3606
                                            Fax: 412.765.1917

Service by NEF

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Christopher Ray Dorman
4536 Kendall Drive
Woodbridge, VA 22193

BAE SYSTEMS
65 SPIT BROOK ROAD
NASHUA, NH 03061
ATTENTION:  PAYROLL ADMINISTRATOR