## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**In Re:**

|  |  |  |
|---|---|---|
| **Christopher Ray Dorman,** | : | **Case No. 13-70693-JAD** |
| **Debtors** | : | **Chapter 13** |
|  | : |  |
| **Christopher Ray Dorman,** | : |  |
| **Movant** | : |  |
| **S. S. No. xxx-xx- 1553** | : | **Related to Doc. No. 112** |
|  | : |  |
| **v.** | : |  |
| **Arco Services,** | : | **WO-1** |
| **Respondent** | : |  |
|  | : |  |

### CERTIFICATE OF SERVICE OF WAGE TERMINATION ORDER
### ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that I served a copy of the above-captioned pleading and within Wage Termination Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on May 26, 2017                                 /s/ Sharla Munroe
                                                        Sharla Munroe, Paralegal
                                                        McElrath Legal Holdings, LLC
                                                        1641 Saw Mill Run Blvd
                                                        Pittsburgh, PA 15210
                                                        Tel: 412.765.3606
                                                        Fax: 412.765.1917

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Christopher Ray Dorman
4536 Kendall Drive
Woodbridge, VA 22193

Arco Services
Attention: Payroll Administrator
39209 West 6 Mile Road
#250
Livonia, Mi 48152