**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/30/2018

IN RE:

CHRISTOPHER RAY DORMAN
4536 KENDALL DRIVE
WOODBRIDGE,  VA  22193
XXX-XX-1553         Debtor(s)

Case No.13-70693 JAD

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/30/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number: 4<br><br>CLAIM: 818.91<br>COMMENT: LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7158 |
| **FIRST NATIONAL BANK OF PA(\*)**<br>LOAN ADJUSTMENT DEPT\*<br>4140 E STATE ST<br><br>HERMITAGE, PA  16148 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: RS/DOE\*2bPD OUTSIDE/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0311 |
| **PERITUS PORTFOLIO SERVICES II LLC**<br>PO BOX 141419<br><br>IRVING, TX  75014-1419 | Trustee Claim Number: 3   INT %: 4.25%<br>Court Claim Number: 2<br><br>CLAIM: 7,006.07<br>COMMENT: 7138@4.25%MDF/PL\*FR FIRST NTNL BNK OF PA~DOC 107 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2236 |
| **LAKEVIEW LOAN SERVICING LLC**<br>4425 PONCE DE LEON BLVD<br><br>CORAL GABLES, FL  33146 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 13,663.09<br>COMMENT: RS/OE\*SURR/PL\*PMT/DECL\*445/PL\*DKT4LMT | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6876 |
| **BANK OF AMERICA\*\***<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br><br>NEWARK, DE  19713 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8648 |
| **BANK OF AMERICA\*\***<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br><br>NEWARK, DE  19713 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 1486 |
| **BERKHEIMER TAX ADMINISTRATOR\*\***<br>HAB DLT LEGAL<br>PO BOX 20662<br><br>LEHIGH VALLEY, PA  18002-0662 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~PER CAP~SD BORO?/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2012 |
| **CITIBANK NA(\*)**<br>4740 121ST ST<br><br>URBANDALE, IA  50323 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 7478 |
| **CMPPTNRS/OHIO DIESEL**<br>POB 3716<br><br>WINSTON SALEM, NC  27102 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 5301 |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH  43218 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~VCTRSSEC/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 5665 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **HOME DEPOT LOAN SERVICES**<br>PO BOX 933614<br><br>ATLANTA, GA  31193-3614 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 4,323.94<br>COMMENT: CL DKT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4199 |
| **FIRST COMMONWEALTH BANK***<br>POB 400*<br><br>INDIANA, PA  15701 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 2861 |
| **GE CAPITAL RETAIL BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131-1605 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 194.63<br>COMMENT: GECRB GEMB SELECT COMFORT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8270 |
| **HSBC BANK++**<br>POB 5253<br><br>CAROL STREAM, IL  60197 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~YAMAHA/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4673 |
| **JARED**<br>375 GHENT RD<br><br>AKRON, OH  44333 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 5344 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br><br>HARRISBURG, PA  17106-7013 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 3,996.10<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1553 |
| **SOVEREIGN BANK**<br>ONE SOVEREIGN WAY<br>RI-1-EPV-02-17<br>EAST PROVIDENCE, RI  02915 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 2556 |
| **TOYOTA MOTOR CREDIT CORP**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6333 |
| **TOYOTA MOTOR CREDIT CORP**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 0001 |
| **US DEPARTMENT OF EDUCATION****<br>DIRECT LOAN SERVICING DEPT<br>POB 5609<br>GREENVILLE, TX  75403-5609 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 5531 |

# CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 441.08<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **WAYPOINT BANK/FKA HARRIS SVNGS++**<br>POB 1711<br>HARRISBURG, PA 17105 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 0005 |
| **WELLS FARGO FINANCIAL BANK++**<br>POB 98795<br>LAS VEGAS, NV 89193 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 0613 |
| **LAKEVIEW LOAN SERVICING LLC**<br>4425 PONCE DE LEON BLVD<br>CORAL GABLES, FL 33146 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 0.00<br>COMMENT: SURR/PL*2491.28/PL@M AND T BANK*$2,302.23/CL | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6876 |
| **MARGARET GAIRO ESQ**<br>MCCABE WEISBERG & CONWAY PC<br>123 S BROAD ST STE 1400<br>PHILADELPHIA, PA 19109 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LOAN SVCNG/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:7-2<br>CLAIM: 0.00<br>COMMENT: SLEEP NUMBER~GEMB~GECRB*AMD W/D~DOC 93 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8270 |