# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>CHRISTOPHER RAY DORMAN | Bankruptcy No. 13-70693-JAD |
| Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>      vs.<br>CHRISTOPHER RAY DORMAN | Chapter 13<br><br>Related To Doc. No. 122 |
| Respondents | |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 21st day of September, 2018, it is hereby ORDERED, ADJUDGED and DECREED that,

> BAE Systems
> Attn: Payroll Manager
> 65 Split Brook Rd
> Nashua, PA 03061

is hereby ordered to immediately terminate the attachment of the wages of CHRISTOPHER RAY DORMAN, social security number XXX-XX-1553. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHRISTOPHER RAY DORMAN.

BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

/s/ JAD   mas

JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

FILED
9/21/18 5:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 13-70693-JAD
Christopher Ray Dorman                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch              Page 1 of 1              Date Rcvd: Sep 21, 2018
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2018.
db             +Christopher Ray Dorman,    4536 Kendall Drive,    Woodbridge, VA 22193-5260
               +BAE Systems,    Attn: Payroll Manager,    65 Split Brook Road,    Nashua, PA 03060-6909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
           andygornall@latouflawfirm.com
          Celine P. DerKrikorian    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@mwc-law.com
          David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
           draphael@grenenbirsic.com, mcupec@grenenbirsic.com
          James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Christopher Ray Dorman ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas I. Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@goldbecklaw.com,
           BKGroup@goldbecklaw.com
                                                                                             TOTAL: 9