**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 13-70693-JAD |
| Christopher Ray Dorman, | : | |
| | : | Chapter No. 13 |
| Debtor | : | |
| _____ | : | |
| Paul W. McElrath, Esquire / | : | Related to Docket No. 120 |
| McElrath Legal Holdings, LLC, | : | |
| Applicant | : | |
| vs. | : | Hearing Date and Time: |
| | : | November 2, 2018 at 10:00 AM |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR COMPENSATION FILED AT DOCKET NO. 120

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on September 11, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than September 28, 2018.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: October 1, 2018

By:    /s/ Paul W. McElrath
Paul W. McElrath, Esquire
PA I.D. #86220
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
(412) 765-3606
Attorney for Debtor/Movant